

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## AIKEN DIVISION

| | | |
|---|---|---|
| BENSON LEE DUNBAR, JR., | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 1:19-cv-00853-MGL |
| | § | |
| ANDREW SAUL, | § | |
| *Commissioner of Social Security*, | § | |
| Defendant. | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES

This is a Social Security appeal. Pending before the Court is Plaintiff Benson Lee Dunbar's motion under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), for attorney fees in the amount of $4,394.25 and $16.00 for expenses. Defendant Andrew Saul does not oppose the motion.

Having carefully considered the motion, the response, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 16th day of July, 2020, in Columbia, South Carolina.

/s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE
